**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

ALIHANDRO RAY PITTMAN,

      Plaintiff,

v.                                  CASE NO. 1:16-cv-00255-MP-GRJ

JAMES E DEVITO, HUDSON G DYKES,

      Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation dated October 4, 2016. (Doc. 5).  The parties have been furnished a copy of

the Report and Recommendation and have been afforded an opportunity to file objections

pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has

passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report

and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.     The Magistrate Judge's Report and Recommendation, Doc. 5, is adopted and incorporated by reference in this order.

2.     This case is **DISMISSED WITHOUT PREJUDICE** as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).

3.     The clerk is directed to close the file.

**DONE AND ORDERED** this *2nd* day of November, 2016

               *s/Maurice M. Paul*
               Maurice M. Paul, Senior District Judge